ACCEPTED
01-14-00186-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 1:22:11 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00186-CV

**IN THE
FIRST COURT OF APPEALS
HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 1:22:11 PM
CHRISTOPHER A. PRINE
Clerk

**LLOYD GILLIAM AND CAROLYN GILLIAM,
MARTHA HOLLAN, CHARLIE BEAIRD AND KAREN BEAIRD,
LILA ROSE ANDERSON, MICHAEL SANDERS AND RAQUEL
SANDERS, RICHARD LON AND PRISCILLA LON, DONNA H.
JOHNSON, JEROME A. BRADKE AND NANCY BRADKE, MR. AND
MRS. E. E. EWING, JR., RICKY LEGGETT, KENNY BEAR AND DANA
BEAR, REGINA BRUEGGEMAN AND STEVEN BRUEGGEMAN,
MARLO PORRAS, DAVID CONNELL, JR., JASON BRONAS, AND
BARBARA McGUIRE
Appellants**

**v.**

**SANTA FE INDEPENDENT SCHOOL DISTRICT,
Appellee**

_____

Appeal from Cause No. 10CV0489, in the
405th District Court of Galveston County, Texas

_____

### MOTION TO SUBSTITUTE COUNSEL

_____

Appellants Lloyd and Carolyn Gilliam request the Court's permission to substitute lead counsel for this appeal.

1.    Appellants are Lloyd and Carolyn Gilliam.

2.      Rachaelle Reynolds is presently lead counsel for Lloyd and Carolyn Gilliam in this appeal.

3.      Rachaelle Reynolds asks the Court to substitute Iain G. Simpson as lead counsel on appeal, as authorized by TEX. R. APP. P. 6.5.

4.      The necessary information for Iain G. Simpson is as follows:

Texas Bar No. 00791667
1333 Heights Boulevard, Suite 102
Houston, Texas 77008
281-989-0742
281-596-6960 – fax
iain@simpsonpc.com

5.      Lloyd and Carolyn Gilliam have been provided a copy of this Motion, and they request and consent to this substitution of counsel.

For these reasons, Rachaelle Reynolds asks the Court to grant this Motion and substitute Iain G. Simpson as lead counsel for Lloyd and Carolyn Gilliam in this case on appeal.

Respectfully submitted,

*/s/ Rachaelle Reynolds*

_____

Rachaelle Reynolds
State Bar No. 24088294
5522 Larkin Street, Unit A
Houston, Texas 77007
832-427-9877
rachaelle.reynolds0720@gmail.com

**SIMPSON, P.C.**

*/s/ Iain G. Simpson*

_____

Iain G. Simpson
State Bar No. 00791667
1333 Heights Boulevard, Suite 102
Houston, Texas 77008
(281) 989-0742
(281) 596-6960 (fax)
iain@simpsonpc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appellant's Reply Brief was served this 1st day of July, 2015, via U.S. Mail, electronic service or electronic mail on the following:

Richard Morris
Adam Courtin
Rogers, Morris & Glover, LLP
5718 Westheimer, Suite 1200
Houston, Texas 77057
rmorris@rmgllp.com
acourtin@rmgllp.com

COUNSEL FOR SANTA FE I.S.D.

*/s/ Iain G. Simpson*

_____

Iain G. Simpson